# United States District Court
## Northern District of Illinois
### Eastern Division

Cheryl Gursel                                            **JUDGMENT IN A CIVIL CASE**

      v.                                            Case Number: 12 C 5326

Chicago Transit Authority

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice, plaintiff having failed to comply with the court's order dated 9/28/2012.

                               Thomas G. Bruton, Clerk of Court

Date: 12/28/2012                                           _____
                                          /s/ Wanda A. Parker, Deputy Clerk